UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,
    V.
SAPO CORPORATION d/b/a
COPAMARINA BEACH RESORT, et al.,
    Defendants.

CASE NUMBER: 97-2271 (HL)



| MOTION | RULING |
|---|---|
| **Date Filed:** 8/24/99  **Docket #43**  [ ] Plffs  [x] Defts  [ ] Other  **Title:** Motion to Withdraw as Legal Counsel | Granted. |

Date 9/2/99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

Rec'd:   EOD:

By:

