UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
       v.
SAPO Corp., et al.,
    Defendants.

**CASE NUMBER:** 97-2271 (HL)

## MOTION

Date Filed: 11/18/99   Docket #47 & 46  [x] Plffs [] Defts
Title: Informative Motion of the United States Concerning Settlement
Opp'n Filed:    Docket #

*RECEIVED 99 DEC -8 PM 3: [?] CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## ORDER

Counsel for the parties are hereby ordered to meet in the chambers of the undersigned for a settlement conference on December 21, 1999 at ~~11:15 AM~~ 2:15 PM

Date 12-8-99    HECTOR M. LAFFITTE
                     Chief U.S. District Judge

(3)

s/c deputy 12/8/99