UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

U.S.A.
    v.
SAPO Corp., et al

CASE NUMBER: 97-2271 (HL)

## MINUTE

On this same date, the Court held a settlement conference in this case. The parties were represented by their respective attorneys of record. After an extensive discussion, the parties agreed to tentative terms for a settlement. Counsel for both sides said they would recommend the terms to their respective clients. The parties shall inform the Court by **January 14, 2000**, whether the terms have been accepted by their principals.

December 21, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge

