Case 3:97-cv-02271-HL  Document 52  Filed 01/28/2000  Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    v.
SAPO Corporation, et al.,
    Defendants.

CASE NUMBER: 97-2271 (HL)

## MOTION

Date Filed: 1/25/00   Docket #51   [ ] Plffs  [x] Defts
Title: Motion for Expedited Setting of a Further Settlement Conference
Opp'n Filed:   Docket #

## ORDER

Plaintiff is ordered to respond to Defendants' motion for settlement conference by February 18, 2000.

Date  1-27-00   HECTOR M. LAFFITTE
                    Chief U.S. District Judge


