## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America,
   Plaintiff,
   V.
SAPO Corporation, et al.,
   Defendants.

CASE NUMBER: 97-2271 (HL)

### MOTION

Date Filed: 2/10/00    Docket #53    [x] Plffs  [] Defts
Title: Response of the United States to Defendants' Motion
Opp'n Filed:    Docket #

### ORDER

Defendants shall file a motion by February 25, 2000, that either requests a settlement conference and explains why such a conference would be fruitful in light of Plaintiff's motion, Dkt. No. 53, or requests the setting of a trial date. The Court further points out that Defendants' request that civil and criminal matters be resolved in the same settlement negotiations is contrary to Justice Department policy and to this Court's sense of propriety.

Date 2-15-00    HECTOR M. LAFFITTE
                Chief U.S. District Judge


