# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    V.
SAPO Corporation, et al.,
    Defendants.

CASE NUMBER: 97-2271 (HL)

---

**MOTION**

Date Filed: 2/25/00   Docket #55   [ ] Plffs [x] Defts
Title: **Motion for Enlargement of Time to Comply with Court Order**
Opp'n Filed:   Docket #

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 MAR -6 AM 10:12

---

**ORDER**

Granted.

Date 3/3/00

HECTOR M. LAFFITTE
Chief U.S. District Judge



