UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    V.
SAPO Corporation, et al.,
    Defendants.

CASE NUMBER: 97-2271 (HL)

## MOTION

Date Filed: 3/3/00    Docket #56    [ ] Plffs  [x] Defts
Title: Motion for Settlement Conference and to Comply with Court Order
Opp'n Filed:    Docket #

## ORDER

The Court shall convene a settlement conference on May 8, 2000 at 11:00 a.m. in the chambers of the undersigned.

Date 3/8/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

