UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
        V.                                          CASE NUMBER: 97-2271 (HL)
SAPO Corporation, et al.,
    Defendants.

### MOTION

Date Filed: 3/14/00    Docket #59    [x] Plffs  [] Defts
Title: Response of the United States
Opp'n Filed:    Docket #

### ORDER

In light of the parties' rapid progress, the settlement conference set for May 8, 2000 at 11:00 a.m. is hereby changed to March 29, 2000 at 2:00 p.m.

Date 3/17/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


