## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    V.
SAPO Corporation, et al.,
    Defendants.

**CASE NUMBER:** 97-2271 (HL)

### ORDER

The settlement conference set for March 29, 2000 at 2:00 p.m. is hereby cancelled in light of the parties' recent progress toward settlement.

Date 3/27/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge





