# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America,
    Plaintiff,
    V.
SAPO Corporation, et al.,
    Defendants.

CASE NUMBER: 97-2271 (HL)

## MOTION

Date Filed: 5/16/00    Docket # 62    [x] Plffs [] Defts
Title: Informative Motion of the United States Concerning Settlement
Opp'n Filed:     Docket #



## ORDER

Noted.

Date 5-18-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


